# Territory Sales Representative Agreement

This agreement made this 8th day of May, 2006 by and between Paul Kaplan hereinafter referred to as the Territory Sales Representative "TSR" and **American Diagnostic Medicine, Inc.**, a corporation under the laws of the State of Illinois, having its office at 960 Industrial Drive, Suite 7, Elmhurst, Illinois 60126, hereinafter referred to as "**ADM**", is as follows:

1. **APPOINTMENT AND ACCEPTANCE:** ADM appoints TSR as its Territory Sales Representative to sell the products and services of ADM in the territories and accounts or customers as set forth below and TSR accepts the appointment and agrees to exclusively sell and promote the sale of ADM's products and services.

2. **TERRITORY:** TSR's territories and/or accounts shall consist of the following:

> All Hospitals, Multi-Specialty Clinics, Cardiology Practices and other Health Care Providers in the following geographic locations;
>
> California

3. **COMPENSATION:** TSR compensation for services performed under the terms of this agreement shall be for the sale of certain medical diagnostic imaging equipment, whether through operating leases, joint ventures, traditional capital leases or outright purchases or other types of services supplied under the terms of this agreement. Please refer to **EXHIBIT A** for detailed information concerning compensation.

   a. It is the responsibility of the TSR to obtain advanced authorization from ADM on all special circumstances involving compensation not covered by this Agreement. Any special arrangements, which are agreed upon, by ADM and the TSR must be communicated in writing.
   b. Sales efforts and in turn commissions due on all new accounts will be governed by the territories applicable to this agreement if the decision making / buying power resides within the territory for each specific customer and/or account.
   c. The commission shall be paid to the TSR based on the schedule shown in **EXHIBIT A**. Commission checks shall be paid on a 1099 form to TSR.
   d. ADM shall pay for or reimburse TSR for all travel costs relating to obtaining business under the terms of this Agreement. Such travel costs may include, transportation (airfare, rental cars), mileage reimbursement, lodging, entertainment, phone calls, etc.). TSR shall provide to ADM at its principal office detailed expense reports on ADM expense report forms. Each expense report shall detail the reason for travel and well as who was visited. Expense reports turned in after thirty (30) days shall not be eligible for reimbursement. All travel arrangements and costs must comply with ADM travel policies and be pre-approved by ADM.

4. **ACCEPTANCE OF CONTRACTS:** All contracts are subject to acceptance or rejection by an authorized officer of ADM. ADM shall be responsible for all credit risks and collections. If ADM notifies customer of its acceptance or rejection of any contact, a copy shall be transmitted to the TSR.

5. **TERMS OF SALE:** ADM shall provide TSR with a current price schedule / quotation, which shall be subject to change upon ninety (90) days notice. Representative may quote to prospective customers from this price list provided but no quote shall be valid for more than ninety (90) days. All other sales shall be at prices and upon terms established by ADM. ADM shall have the right, in its sole discretion, from time to time, to establish, change, alter, or amend prices and other terms and conditions of sale. TSR shall not accept orders in ADM's name and shall not make price quotations or delivery promises for items not specifically on the current price



list, without ADM's approval.

6. **TSR'S RELATIONSHIP & CONDUCT OF BUSINESS:** TSR shall maintain its own sales organization within its assigned territories and shall use its best efforts and devote such time as may be necessary to sell and promote the sale of ADM's products and services and perform reasonable after-sale and follow-up functions as well as a liaison between ADM and customers within the territory. TSR agrees not to represent other companies while in employment with ADM or enter into a competitive business while under employment with ADM.

  a. Specific obligations of the TSR will include: Sales Lead Generation, Phone Solicitation, Written Sales Quotations, Contracts and Contract Negotiations, Sales Presentations, Trade Show Attendance and follow-up to potential customers.
  b. Any sales lead generated by TSR must immediately (within twenty-four hours) be conveyed via e-mail to the Sales Administrator. Follow-up calls, correspondences or sales quotes by the TSR must immediately (within twenty-four hours) conveyed via e-mail to the Sales Administrator. Weekly activity reports must be e-mailed no latter than 4:00 PM CST every Friday (No exception for holidays). Monthly forecast and outlooks must be e-mailed no later than 4:00 PM CST on the last business day of every month (No exception for holidays).
  c. TSR shall conduct all of his business in a professional manner in ADM's name and dress professionally and well groomed.
  d. The TSR shall not, without ADM's prior approval, alter, enlarge, or limit orders, make representations, guarantees concerning ADM's product and services or accept the return of, or make any allowances for such products and services whether written or orally.

7. **TERMINATION:** This agreement shall be enforce until canceled. Either party may cancel at any time, by giving written notice to the other party by email, fax or certified mail. Upon termination of this agreement the following applies;

  a. Any violation of the terms of this agreement shall be grounds for immediate termination and TSR shall not be eligible for any commissions owed on confirmed or pending contracts.
  b. If TSR elects to terminate this agreement and is not in violation of any of the terms of this agreement, ADM will compensate TSR for signed contracts not yet accepted at our own discretion. Electing to terminate this agreement, does not obligate ADM to make any further commission payments.
  c. If ADM terminates this agreement and TSR is not in violation of this agreement ADM will compensate the TSR at a rate which is mutually acceptable, but under no circumstance not to exceed 50% of the agreed upon compensation rate as detailed in Exhibit A for account still owed to TSR. Commissions will be paid no later than 30 days after the Delivery and Acceptance date. Accounts signed but not Accepted by customer within 90 (ninety) days of the termination date shall not be eligible for commissions. Commissions on all future contract renewals will not apply.

8. **NON-DISCLOSURE:** WHEREAS ADM is prepared to disclose certain confidential information regarding the formation, financing, acquisitions, and operations of its accounts concerning diagnostic imaging and other related business in the United States. And, WHEREAS ADM under this agreement wishes to protect this information by insuring that it not be disclosed to anyone without their written permission, and WHEREAS the signatories wish to spell out the exact methods by which they will protect this information. NOW THEREFORE, the signatories mutually covenant and agree as follows:

  b. Treatment of Information.
TSR acknowledges that, in and as a result of employment, and/or discussions with ADM's agents, vendors, officers and employees, TSR shall or may be making use of or acquiring Proprietary Information. As a material inducement to disclose such Proprietary Information, TSR covenants

and agrees that it shall not, except with the prior written consent of ADM, at any time directly by itself or indirectly through any agent or employee: (i) copy, modify, disclose, divulge, reveal, report, publish or transfer to any person or entity, for any purpose whatsoever, any Proprietary Information or (ii) use Proprietary Information for any purpose other than in connection with the consummation of the Proposed Transactions in ADM's clinic best interest. Failure to mark any of the Proprietary Information as confidential protected or Proprietary Information shall not affect its status as part of the Proprietary Information under the terms of this Agreement.

    c.   Ownership of Information.

TSR covenants and agrees that all right, title and interest in any Proprietary Information shall be and shall remain the exclusive property of ADM.

**9. SETTLEMENT OF DISPUTES:** The parties agree that any disputes or questions arising hereunder including the construction or application of this agreement may be settled by arbitration in accordance with the rules of the American Arbitration Association then enforce. The American Arbitration Association shall name a panel of five arbitrators and ADM shall then strike two names and the remaining names shall be the arbitrator. The decision of the arbitrator shall be final and binding upon the parties both as to law and to fact and shall not be appealable to any court in any jurisdiction. Both parties shall share the expenses of the arbitrator equally unless the arbitrator determines that the expenses shall be otherwise assessed. The prevailing party in any lawsuit shall recover reasonable attorney fees and costs incurred from each other.

**10. LEGAL INVLOVING PRIOR EMPLOYER:** The parties agree that any disputes, questions, concerns and legal actions arising from Paul Kaplan joining ADM (American Diagnostic Medicine) as a TSR (Territory Sales Representative) regarding non disclosure, hiring of TSR or any legal dispute pertaining to relationship with TSR as an ADM employee involving relationship with former employer Digirad Corporation and it's subsidiaries Digirad Imaging Solutions, known as hybrid sales person (Territory Manager / Imaging Solutions Expert) American Diagnostic Medicine agrees to completely and fully cover all legal and financial responsibilities for Paul Kaplan.

**11. GENERAL:** This agreement contains the entire understanding of the parties, and shall supersede any other oral or written agreement and shall insure to the benefit of ADM or any of its successors and assigns. This agreement may not be modified in any way without consent of both parties. Nothing in the agreement shall be construed to constitute the TSR as the partner of ADM nor shall either party have any authority to bind the other in any respect, it being intended that each shall remain an independent contractor responsible for only its own actions.

**12. CONSTRUCTION OF AGREEMENT:** This agreement shall be construed according to the laws of the state of Illinois.

IN WITNESS WHEREOF, the parties hereto have executed this agreement the day and year first written in multiple counterparts, each of which shall be considered an original.

ADM:

**American Diagnostic Medicine, Inc.**

Printed Name: _____

Signature: _____

Title: _____

TSR: *Territory Sales Representative*

*PAUL KAPLAN*

Signature: *Paul Kaplan 5-8-06*

# EXHIBIT A
*Compensation & Commission Rates*

**TSR Compensation:**
ADM shall pay TSR a base annually salary of $95,000.00 to be paid bi-monthly on the 1st and 15th of each calendar month.

**Employee Benefits:**
- Health Insurance & Drug Prescription begins June 12, 2006
- Dental Insurance begins June 12, 2006
- Retirement Fund – Company 401(k), non-matching begins June 12, 2006
- Short Term & Long-Term Disability begins June 12, 2006
- Life Insurance begins June 12, 2006
  (Please contact Janet Hausenbauer at 800.262.9645, ext. 109 for additional details of benefits & cost)

**Paid Vacation:**
- Three (3) weeks paid vacation after the first 6 months of employment
- Four (4) weeks paid vacation after 5 years of employment
- Paid Holidays including New Years Day, Memorial Day, Labor Day, July 4th, Thanksgiving Day and Christmas Day.
- Each Employee receives 3 sick days and 2 personal days per year

**Other Incentives:**
- Car allowance is $500.00 monthly beginning June 12, 2006 and covers all fuel while using the car for all business use of vehicle. Car Allowance to be paid bi-monthly on the same schedule as TSR compensation listed above.

### Fee-per-Exam Operating Leases
### Fixed Site Commission Schedule

**Commissions paid on new nuclear fixed site accounts:**

| | |
|---|---|
| • 60 month contract w/ minimums | 9,000 |
| • 48 month contract w/ minimums | 7,200 |
| • 36 month contract w/ minimums | 5,400 |
| • 24 month contract | 3,600 |
| • 12 month contract | 1,800 |

**Commissions paid on new 64 slice CT fixed site accounts (50% until September 30, 2006, 100% thereafter):**

| | |
|---|---|
| • 60 month contract w/ minimums | 15,000 |
| • 48 month contract w/ minimums | 12,000 |

The commission will be paid to the TSR handling the account from initial contact, negotiations to signed contracts.
The commissions will be paid to the TSR based on the following payment schedule:
- 25% paid upon signed contract and credit approval
- 50% paid after the Delivery & Acceptance (D & A) by the customer and when funds are released by the lending institution to ADM.

Page 4 of 5

# EXHIBIT A

*Compensation & Commission Rates*

- 25% paid in the pay period after 2 full scanning months and based on the following criteria
    1. Patient volume at site must be 51-74% of what is projected to receive 50% of back end commission
    2. Patient volume at 75-99% will receive 75% of back end commission
    3. Patient volume at 100-124% will receive the full back end commission
    4. Patient volume 125-150% will receive 125% of back end commission
    5. Patient volume at >150% will receive 150% of back end commission

### Fee-per-Exam Operating Leases
### Mobile Commission Schedule

**Commissions paid on new mobile accounts:**

- 12 month contract  w/ 4 days/month        4,000
- 12 month contract  w/ 3 days/month        3,200
- 12 month contract  w/ 2 days/month        2,000
- 12 month contract  w/ 1 day/month           800

**Commissions paid on renewed mobile accounts:**

- 12 month contract  w/ 4 days/month        2,000
- 12 month contract  w/ 3 days/month        1,600
- 12 month contract  w/ 2 days/month        1,000
- 12 month contract  w/ 1 day/month           400

The commission will be paid to the TSR handling the account from initial contact, negotiations to signed contracts.
The commissions will be paid to the TSR based on the following payment schedule:
- 50% paid upon signed signed contract and credit approval
   50% paid after the Delivery & Acceptance (D & A) by the customer and when funds are released by the lending institution to ADM.

*ADM reserves the right to change or modify the commission rates and payment schedule with 30 days advance notice to the TSR.*

**AGREED AND ACCEPTED:**

ADM

Signature: _____

**AGREED AND ACCEPTED:**

TSR    Paul Kaplan

Signature: *Paul Kap*    5-8-06

Page 5 of 5