October 18, 2007

Bob Walder
15335 Poway Springs Court
Poway, California 92064

Dear Bob,

As a follow up to the telephone conversation with Sam and I, as of yesterday October 17, 2007, ADM is terminating your employment. As we requested please return all ADM property immediately.

As I stated, you will receive Cobra notification from Group Administrators, our plan administrator within 14 days.

You may transfer your 401K, or leave it in the plan.

You are eligible for unemployment.

As of 10-17-07 all ADM insurance will end.

Sincerely

*Janet Hausenbauer*
Janet Hausenbauer

EXHIBIT D

**American Diagnostic Medicine**
960 Industrial Drive, Suite 7
Elmhurst, IL 60126
(800) 262-9645
Fax (630) 834-7115

*Solutions To Your Imaging Needs*

http://www.admaccess.com
admin@admaccess.com