57-8480-00-6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC. ) ) Plaintiff(s) ) ) v. ) ) ROBERT WALDER, PAUL KAPLAN, ) BRANDON WALTON and CORE ) MEDICAL IMAGING, LLC. ) ) Defendant(s) ) | No. 07-6947 Judge Coar |

## NOTICE OF MOTION

To:     Please See Attached

PLEASE TAKE NOTICE that on the **13th, day of December, 2007, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge Coar in the room usually occupied by him as a courtroom in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present **Plaintiff's Motion For Temporary Restraining Order, Preliminary Injunction And Order Permitting Expedited Discovery**, a copy of which is attached hereto and herewith served upon you.

_____
JOSHUA A. ALDORT
CLAUSEN MILLER P.C.

JAMES F. SMITH
JOSHUA A. ALDORT
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Plaintiff

1158577.1

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )

## AFFIDAVIT OF SERVICE

The undersigned, after being duly sworn, deposes and says that served this notice, together with a copy of the documents therein referred, by overnight delivery a copy to the attorney to whom this notice is directed, at respective address by depositing the same in the U.S. mail at 10 South LaSalle Street, Chicago, Illinois at 4:00 P.M. on the _11_ day of December, 2007, with proper postage prepaid.

_____
The undersigned

Subscribed and sworn to before me this _11_ day of _December_, 20_07_.

_Susan M Michael Albanese_
Notary Public

"OFFICIAL SEAL"
SUSANNE M. MICHAELS-ALBANESE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02-16-09

2

1158577.1

## SERVICE LIST

Core Medical Imaging, LLC.
16458 Bolsa Chia St. 405
Huntington Beach, CA  92649

Brandon Walton
16458 Bolsa Chia St. 405
Huntington Beach, CA  92649

Robert Walder
15335 Poway Springs Court
Poway, CA  92064

Paul Kaplan
3521 Corte Romero
Carlsbad, CA  9209

1158577.1