**FILED**
**DECEMBER 10, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

55-1161-00-3/JFS/JAA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. |
| ROBERT WALDER, PAUL KAPLAN, BRANDON WALTON and CORE MEDICAL IMAGING, LLC. | ) Judge: |
| Defendants. | ) |

**07 C 6947**

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

### REQUEST FOR JURY DEMAND

NOW COMES, the Plaintiff, AMERICAN DIAGNOSTIC MEDICINE, INC., by its attorneys, JAMES F. SMITH, JOSHUA A. ALDORT and CLAUSEN MILLER P.C., and requests trial by jury in this cause.

_____
JOSHUA A. ALDORT
CLAUSEN MILLER P.C.

JAMES F. SMITH
JOSHUA A. ALDORT
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312-855-1010
Attorneys for Plaintiff

1158317.1