FILED
DECEMBER 10, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6947

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JUDGE COAR
MAGISTRATE JUDGE NOLAN

| In the Matter of | Case Number: |
|---|---|
| American Diagnostic Medicine, Inc., vs. | Plaintiff, |
| Robert Walder, Paul Kaplan, Brandon Walton, and Core Medical Imaging, LLC., | Defendant. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN DIAGNOSTIC MEDICINE

| NAME (Type or print) |
|---|
| JOSHUA A. ALDORT |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |
| FIRM |
| CLAUSEN MILLER P.C. |
| STREET ADDRESS |
| 10 SOUTH LASALLE STREET |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6238962 | 312-855-1010 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐