**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

American Diagnostic Medicine, Inc.
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06947
                                            Honorable David H. Coar

Robert Walder, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 13, 2007:

MINUTE entry before Judge David H. Coar :Motion hearing held on 12/13/2007 regarding motion for temporary restraining order [3].Motion for TRO [3] is entered and continued to 12/19/2007 at 10:00 to try to resolve. Parties are given leave to file a Responses by 12/18/2007. If the motion is not resolved, a hearing will proceed on the issue of venue, personal jurisdiction and the TRO. Motion Hearing set for 12/19/2007 at 10:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.