# EXHIBIT A

Case 1:07-cv-06947   Document 14-2   Filed 12/18/2007   Page 1 of 3

## Declaration of Brandon Walton

I, Brandon Walton, declare:

1. I am a citizen and resident of California.

2. I have never resided in Illinois.

3. I own no property in Illinois, have never been a citizen of that state, and have never filed an Illinois income tax return.

4. I have not done business in Illinois related to the activity alleged in the Complaint.

5. I have never been employed by American Diagnostic Medicine, Inc. ("ADM").

6. I have never signed a non-disclosure or non-compete agreement with ADM, nor have I entered into any other such agreement with ADM which would restrict my activities.

7. On October 29, 2007, I formed Core Medical Imaging, LLC ("CMI") as a California limited liability corporation.

8. I am the sole founder, member, and manager of CMI.

9. CMI currently has no employees or customers.

10. CMI does not have any prior or current contractual relationships with ADM.

11. CMI has never done business, solicited customers, or performed any marketing or advertising in Illinois.

12. CMI does not own property or have any telephone numbers listed in Illinois.

13. CMI has never employed Robert Walder.

578534/C/1

14. CMI has never employed Paul Kaplan, although it has explored a potential business relationship with him.

15. CMI has never employed Michelle Draper.

16. CMI did not exist in July 2007.

17. I did not attend any meetings with Michelle Draper in July 2007.

18. Neither I, nor CMI (since it did not exist in July 2007), authorized the Confidentiality and Non-Disclosure Agreement attached to the Complaint as Exhibit C.

19. The first time I saw the Confidentiality and Non-Disclosure Agreement attached in Exhibit C was upon reviewing Complaint in this action on December 12, 2007.

20. The first time I saw any of the G&A Rate Salary & Expenses document attached in Exhibit C was upon receiving this Complaint on December 12, 2007.

21. Before receiving this Complaint, I had no knowledge of the sales or financial information attached in Exhibit C.

22. Neither I, nor CMI, ever authorized anyone to use or disclose, in any way, any of the sales or financial information attached in Exhibit C.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 12th day of December 12, 2007, in Orange County, California.

_____
Brandon Walton

578534/C/1