# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07-6947 |
| American Diagnostic Medicine, Inc.,  Plaintiff, vs. | |
| Robert Walder, Paul Kaplan, Brandon Walton, and Core Medical Imaging, LLC.,  Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN DIAGNOSTIC MEDICINE

| |
|---|
| NAME (Type or print) <br> JAMES F. SMITH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *James F. Smith* |
| FIRM <br> CLAUSEN MILLER P.C. |
| STREET ADDRESS <br> 10 SOUTH LASALLE STREET |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6202259 | 312-855-1010 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐