UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**
DEC 1 8 2007
12-18-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., ) ) ) Plaintiff, ) ) v. ) ) ROBERT WALDER, PAUL KAPLAN, ) BRANDON WALTON, and CORE ) MEDICAL IMAGING, LLC., ) ) Defendants. ) | No. 07 C 6947 Judge Coar |

### NOTICE OF FILING

To:   Joshua Aldort
      Clausen Miller, P.C.
      10 South LaSalle Street
      Chicago, IL 60603-1002

You are hereby notified that on or about **Dec 18**, 2007, I filed or caused to be filed with the United States District Court, Northern District of Illinois, Eastern Division, Reply to Motion for Temporary Restraining Order, Preliminary Injunction, and Order Permitting Expedited Discovery, a copy of which is hereby served upon you.

/s/ Ira I. Silverstein

Ira I. Silverstein
111 W. Washington, Suite 1760
Chicago, Illinois  60602
(312) 726-3116
Attorney #17313
50726

## PROOF OF SERVICE

I, Ira I. Silverstein, the attorney, certify that I mailed this Notice of Filing to:

Joshua Aldort
Clausen Miller, P.C.
10 South LaSalle Street
Chicago, IL 60603-1002

and depositing the same in the U.S. Mail at 111 W. Washington, Chicago, Illinois at 5:00 p.m. on ___Dec 14___, 2007.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC FILED
DEC 1 8 2007
12-18-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., ) ) ) Plaintiff, ) ) v. ) ) ROBERT WALDER, PAUL KAPLAN, ) BRANDON WALTON, and CORE ) MEDICAL IMAGING, LLC., ) ) Defendants. ) | No. 07 C 6947 Judge Coar |

### REPLY TO MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND ORDER PERMITTING EXPEDITED DISCOVERY

NOW COME the Defendants, ROBERT WALDER and PAUL KAPLAN, by and through their attorney, Ira I. Silverstein, and in replying to Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Order Permitting Expedited Discovery state as follows:

### THE FACTS

The Defendants were recently served with a Complaint and Motion for Temporary Restraining Order, Preliminary Injunction, and Order Permitting Expedited Discovery. The basis for jurisdiction alleged in the Plaintiffs' Complaint is that venue is established pursuant to § 1391. Moreover, personal jurisdiction as alleged in

the Complaint is established pursuant to § 1332(a). It is the Defendants' position that this Court does not have the necessary venue or jurisdiction over the Defendants.

## VENUE

Pursuant to § 1391, it states that "A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought only in the judicial district where all defendants reside, or in which the claim arose, except as otherwise provided by law." Proper venue often hinges on the residence of the parties, a frequent point of contention. Residency is a question of fact that a court determines through consideration of the facts and circumstances of a particular case. For the purposes of venue, an individual is a resident of a place where the individual resides with the intent to remain. _Lee v. Hunt_, 410 F.Supp. 329 (M.D.La. 1976). An individual's permanent residence or domicile, i.e., the place at which he or she has the intent of remaining or returning in the future if presently absent therefrom, is a benchmark of determining proper venue. _Manley v. Engram_, 755 F.2d 1463 (11th Cir. 1985). The residence of an individual turns on the subjective issue of intent. _Mas v. Perry_, 489 F.2d 1396 (5th Cir.), _cert. denied_, 95 S.Ct. 74 (1974).

Two of the named Defendants are ROBERT WALDER and PAUL KAPLAN. Defendant ROBERT WALDER is a citizen and a resident of the State of

California, residing at 15335 Poway Springs Court, Poway, California 92064. He has never resided in the State of Illinois, nor does he own any property in the State of Illinois, nor has he ever filed a tax return in the State of Illinois. Defendant ROBERT WALDER is not even an employee of the Defendant, CORE MEDICAL IMAGING, LLC. Further, Defendant WALDER has never conducted any business in the State of Illinois related to the activity alleged in the Complaint. (See Exhibit A, Affidavit of ROBERT WALDER, attached hereto and incorporated by reference.)

The Plaintiff alleges that Defendant WALDER entered into a Vice President of Sales Agreement. However, that agreement was faxed to Defendant WALDER in California and executed in California. (See Exhibit A, Affidavit of ROBERT WALDER, attached hereto and incorporated by reference.) The territorial area which Defendant WALDER was to work was the Western Territory, including Washington, Oregon, California, Arizona and Nevada. (See Exhibit A to Plaintiff's Complaint.) At no time did the Agreement include the State of Illinois.

Defendant PAUL KAPLAN is a citizen and a resident of the State of California, residing at 3521 Corte Romero, Carlsbad, California 92009. He has never resided in the State of Illinois, nor does he own any property in the State of Illinois, nor has he ever filed a tax return in the State of Illinois. Defendant ROBERT WALDER is not even an employee of the Defendant, CORE MEDICAL IMAGING, LLC.

3

Further, Defendant KAPLAN has never conducted any business in the State of Illinois related to the activity alleged in the Complaint. (See Exhibit B, Affidavit of PAUL KAPLAN, attached hereto and incorporated by reference.)

Plaintiff alleges that Defendant PAUL KAPLAN entered into a Territorial Sales Representative Agreement. However, that Agreement was faxed to Defendant KAPLAN in California and executed in California. (See Exhibit B, Affidavit of PAUL KAPLAN, attached hereto and incorporated by reference.) The territorial area which Defendant KAPLAN was to work was California. (See Exhibit B to Plaintiff's Complaint.) At no time did the Territorial Sales Representative Agreement include the State of Illinois.

Moreover, the other Defendants, BRANDON WALTON and CORE MEDICAL IMAGING, LLC., pursuant to the service list in the Motion, are also located in the State of California.

## PERSONAL JURISDICTION

With regard to the diversity of citizenship, Plaintiff alleges that this Court has personal jurisdiction over the Defendants under 28 § 1332. Although the Defendants are in different states, the Defendants object to the personal jurisdiction of the Court as set forth in the previous arguments.

4

CONCLUSION

The Plaintiff has failed to demonstrate in the pleadings on file the proper venue pursuant to § 1391, or personal jurisdiction pursuant to § 1332(a). No facts have been alleged what conduct, if any, has taken place in the State of Illinois, let alone in the Northern District of Illinois, Eastern Division.

Respectfully submitted,

_____
Ira I. Silverstein
Attorney for Defendants
ROBERT WALDER and PAUL KAPLAN

Ira I. Silverstein
111 W. Washington
Suite 1760
Chicago, Illinois  60602
(312) 726-3116
Attorney #17313

50725

I, Robert Walder, being first duly sworn, on oath state as follows:

1. That I am a citizen and a resident of the State of California, and I reside at 15335 Poway Springs Court, Poway, California 92064.

2. That I have never resided in the State of Illinois.

3. That I do not own any property in the State of Illinois.

4. That I have never filed a tax return in the State of Illinois.

5. That I am not an employee of Core Medical Imaging, LLC.

6. That I have never conducted any business in the State of Illinois related to Core Medical Imaging, LLC or American Diagnostic Medicine, Inc.

7. That a Vice President of Sales Agreement was faxed to me in California and executed in California.

8. That the territory which I was to work pursuant to the Vice President of Sales Agreement consisted of the Western territory, including Washington, Oregon, California, Arizona and Nevada.

Further Affiant sayeth not.

State of: California
County of: San Diego

_____
Robert Walder

Subscribed and sworn to before me this 17th day of December, 2007.

_____
Renu A. Khanna, Notary Public

RENU A. KHANNA
Commission # 1663373
Notary Public - California
San Diego County
My Comm. Expires May 2, 2010

50731

## AFFIDAVIT OF PAUL KAPLAN

I, Paul Kaplan, being first duly sworn, on oath state as follows:

1. That I am a citizen and a resident of the State of California, and I reside at 3521 Corte Romero, Carlsbad, California 92009.

2. That I have never resided in the State of Illinois.

3. That I do not own any property in the State of Illinois.

4. That I have never filed a tax return in the State of Illinois.

5. That I am not an employee of Core Medical Imaging, LLC.

6. That I have never conducted any business in the State of Illinois related to Core Medical Imaging, LLC or American Diagnostic Medicine, Inc.

7. That a Territorial Sales Representative Agreement was faxed to me in California and executed in California.

8. That the territory which I was to work pursuant to the Territorial Sales Representative Agreement consisted of the State of California.

Further Affiant sayeth not.

_____
Paul Kaplan

Subscribed and sworn to before me this 17th day of Dec., 2007.

_____
Notary Public

50732


ALISA CRANE
Commission # 1748086
Notary Public - California
San Diego County