# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6947 | **DATE** | 12/19/2007 |
| **CASE TITLE** | American Diagnostics Medicine vs. Robert Walder, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 12/19/2007 regarding # 3. For the reasons stated on the record, this action is dismissed as to all defendants for lack of personal jurisdiction. The Clerk's office is given permission to remove/delete "Exhibit C" - titled "Confidentiality and Non-Disclosure Agreement" from the complaint #1 and from the Motion for TRO #3. All pending motions are moot and terminated. Civil case terminated..
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|